AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WilkinsonIII, James H. | Fourth US Circuit Court of Appeals | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

255 W. Main Street Room 230
Charlottesville, VA 22902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tuesday Evening Concert Series |
| 2. | Director | Virginia Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Oxford University Press, book royalties | $875.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | B | Dividend | M | T | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Deere & Co Common Stock | D | Dividend | O | T | | | | | |
| 5. DowDuPont Inc. (formerly DuPont E I De Nemours & Co) Common Stock | C | Dividend | M | T | | | | | |
| 6. Duke Energy Corp Common Stock | C | Dividend | M | T | | | | | |
| 7. Enbridge Inc. (formerly Spectra Energy Corp) Common Stock | C | Dividend | L | T | | | | | |
| 8. General Electric Corp Common Stock | C | Dividend | M | T | | | | | |
| 9. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 10. Kraft Heinz Co Common Stock (X) | A | Dividend | J | T | | | | | |
| 11. Lilly Eli & Co Common Stock | C | Dividend | M | T | | | | | |
| 12. Merck & Co Common Stock | C | Dividend | M | T | | | | | |
| 13. Mondelez International Inc Common Stock | A | Dividend | J | T | | | | | |
| 14. Pfizer Inc Common Stock | C | Dividend | L | T | | | | | |
| 15. Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |
| 16. Royal Dutch Petroleum Shell Co Common Stock | D | Dividend | M | T | | | | | |
| 17. SunTrust Banks Inc Common Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Strategic Value Fd | D | Dividend | | | Sold | 12/01/17 | M | E | |
| 19. Ridgeworth Fd - Sm Cap Val Equty | | None | | | Sold | 02/07/17 | L | | |
| 20. Ridgeworth Fd - MidCap Value Eqty | | None | | | Sold | 02/07/17 | M | F | |
| 21. Ridgeworth SEIX Fd - VA Inter Mun Bond | | None | | | Sold | 02/07/17 | P1 | | |
| 22. Ridgeworth Fd - Intl Equity | | None | | | Sold | 02/07/17 | N | | |
| 23. Virtus SEIX Fd - US Govt Sec Ultra Short (formerly Ridgeworth) | A | Dividend | | | Sold | 12/01/17 | L | | |
| 24. Vanguard 500 Index Fd | D | Dividend | O | T | Buy (add'l) | 02/08/17 | M | | |
| 25. | | | | | Buy (add'l) | 12/01/17 | M | | |
| 26. Vanguard FTSE Emerging Mkts ETF | B | Dividend | L | T | | | | | |
| 27. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | P1 | T | Buy | 02/08/17 | O | | |
| 28. | | | | | Buy (add'l) | 12/01/17 | L | | |
| 29. Vanguard Mid-Cap Value Index Fund Admiral | C | Dividend | M | T | Buy | 02/08/17 | M | | |
| 30. Vanguard Small-Cap Value Index Fund | B | Dividend | M | T | Buy | 02/08/17 | M | | |
| 31. Vanguard Developed Mkts Index Fd (X) | D | Dividend | N | T | Buy (add'l) | 02/08/17 | N | | |
| 32. Federated Fd - TR MMMKT | B | Interest | M | T | | | | | |
| 33. | | | | | | | | | |
| 34. IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federated Strategic Value Fd | A | Dividend | | | Buy | 02/07/17 | K | | |
| 36. | | | | | Sold | 12/01/17 | K | C | |
| 37. Ridgeworth Fd - Mid Cap Value Equity | | None | | | Sold | 02/07/17 | J | A | |
| 38. Ridgeworth Fd - Large Cap Value Equity | | None | | | Sold | 02/07/17 | K | E | |
| 39. Vanguard 500 Index Fd | B | Dividend | L | T | Buy (add'l) | 02/08/17 | K | | |
| 40. | | | | | Buy (add'l) | 12/01/17 | K | | |
| 41. Vanguard Dev Mkts Index Fd | A | Dividend | J | T | | | | | |
| 42. Vanguard FTSE Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 43. Vanguard Growth Index Fd (X) | A | Dividend | K | T | Sold (part) | 02/08/17 | J | | |
| 44. Vanguard Mid-Cap Value Index Fund Admiral | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 45. Vanguard - Small Cap Index | A | Dividend | J | T | | | | | |
| 46. PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Trust #2 | | | | | | | | | |
| 49. Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 50. AT&T Inc Common Stock | B | Dividend | K | T | | | | | |
| 51. DowDuPont Inc. (formerly DuPont E I De Nemours & Co) Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 53. Enbridge Inc. (formerly Spectra Energy Corp) Common Stock | A | Dividend | J | T | | | | | |
| 54. Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 55. Lincoln Natl Corp Common Stock | C | Dividend | M | T | | | | | |
| 56. Merck & Co Inc Common Stock | B | Dividend | K | T | | | | | |
| 57. Pfizer Inc Common Stock | B | Dividend | K | T | | | | | |
| 58. Royal Dutch Shell Sponsored Common Stock | B | Dividend | K | T | | | | | |
| 59. Virtus SEIX Fd - VA Inter Mun Bond (formerly Ridgeworth) | D | Dividend | | | Sold | 12/01/17 | N | | |
| 60. Virtus Ceredex Fd - Mid-Cap Value Equity (formerly Ridgeworth) | A | Dividend | | | Sold | 12/01/17 | L | B | |
| 61. Federated Strategic Value Fd | C | Dividend | | | Sold | 12/01/17 | M | D | |
| 62. Vanguard 500 Index Fd | C | Dividend | N | T | Buy (add'l) | 12/01/17 | M | | |
| 63. Vanguard Dev Mkts Index Fd | C | Dividend | M | T | | | | | |
| 64. Vanguard Growth Index Fd (X) | A | Dividend | L | T | | | | | |
| 65. Vanguard Intermediate Term Tax-Exempt Fund | D | Dividend | N | T | Buy | 12/01/17 | N | | |
| 66. Vanguard Mid-Cap Value Index Fund Admiral | A | Dividend | L | T | Buy | 12/01/17 | L | | |
| 67. Vanguard - Small Cap Index | A | Dividend | K | T | | | | | |
| 68. Federated Fd - TR MMMKT | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Deposit Accounts | | | | | | | | | |
| 71. SunTrust Interest Checking #1 | A | Interest | K | T | | | | | |
| 72. SunTrust Checking #2 | | None | K | T | | | | | |
| 73. SunTrust Checking #3 | | None | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Trust #3 | | | | | | | | | |
| 76. Federated Strategic Value Fd | C | Dividend | M | T | Buy | 02/07/17 | M | | |
| 77. Ridgeworth Fd - Large Cap Value Equity | | None | | | Sold | 02/07/17 | L | E | |
| 78. Ridgeworth Fd - Mid Cap Value Equity | | None | | | Sold | 02/07/17 | L | D | |
| 79. Ridgeworth SEIX Fd - Va Inter Mun Bond | B | Dividend | | | Sold | 02/07/17 | N | | |
| 80. Vanguard 500 Index Fd | B | Dividend | L | T | Buy | 02/08/17 | K | | |
| 81. Vanguard Dev Mkts Index Fd | B | Dividend | L | T | | | | | |
| 82. Vanguard Growth Index Fd (X) | B | Dividend | M | T | Sold (part) | 02/08/17 | L | D | |
| 83. Vanguard Limited-Term Tax-Exempt Fd (X) | D | Dividend | N | T | Buy (add'l) | 02/08/17 | N | | |
| 84. Vanguard Mid-Cap Value Index Fund Admiral | B | Dividend | L | T | Buy | 02/08/17 | L | | |
| 85. Virtus Ceredex Large-Cap Value Equity R6 (formerly Ridgeworth) | B | Dividend | M | T | Buy (add'l) | 09/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions
I receive no compensation for my service. The start date for each non-profit position was June, 2013.

---

Part II: Agreements
RE: I will rec, contd... in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

---

Part VII: Investments and Trusts
Trust #1
My Revocable Trust

Line 5: Stock merger on 09/01/2017 involving the receipt of shares of DowDuPont Inc in exchange for Du Pont E I De Nemours & Co shares.

Line 7: Stock merger on 02/28/2017 invoving the receipt of shares of Enbridge Inc in exchange for Spectra Energy Corp shares.

Line 23: Name change on 07/14/2017 from Ridgeworth to Virtus US Government Sec Ultra Short

---

IRA
My current IRA

---

Trust #2
My wife's Revocable Trust

Line 51: Stock merger on 09/01/2017 involving the receipt of shares of DowDuPont Inc in exchange for Du Pont E I De Nemours & Co shares.

Line 53: Stock merger on 02/28/2017 invoving the receipt of shares of Enbridge Inc in exchange for Spectra Energy Corp shares.

Line 59: Name change on 07/14/2017 from Ridgeworth to Virtus SEIX Inter Mun Bond.

Line 60: Name change on 07/14/2017 from Ridgeworth to Virtus Ceredex Fd - Mid-Cap Value Equity.

---

Trust #3
Irrevocable GST Trust for me (from my mother's trust).
This trust was created from my mother's Trust (her Revocable Trust became an Irrevocable Interim Trust - after her death) which was split into two shares, after IRS approval was received, for my brother and me. My share later became this trust.

Line 85: Name change on 07/14/2017 from Ridgeworth to Virtus Ceredex Large-Cap Value Equity R6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James H. WilkinsonIII**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544